UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS TAPIA and GABRIEL MARCHINEZ, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    -v.-<br><br>PESCE PASTA QUATTRO, INC., JAMES MARCHIGNOLI, and CHRISTOPHER MARCHIGNOLI,<br><br>       Defendants. | 18 Civ. 3865 (KPF) |
| PABLO LOPEZ SANTIAGO and ANGEL CARCERES,<br><br>       Plaintiffs,<br><br>    -v.-<br><br>PESCE PASTA QUATTRO, INC., JAMES MARCHIGNOLI, and CHRISTOPHER MARCHIGNOLI,<br><br>       Defendants. | 18 Civ. 10487 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  For the reasons stated on the record in open court on April 30, 2020, Defendants' motions for partial summary judgement are GRANTED IN PART and DENIED IN PART.  The Clerk of Court is directed to terminate the motions pending at docket entry 40 of *Tapia* v. *Pesce Pasta Quattro, Inc.*, No. 18 Civ. 3865, and docket entry 30 of *Santiago* v. *Pesce Pasta Quattro, Inc.*, No. 18 Civ. 10487.

SO ORDERED.

Dated:   April 30, 2020
        New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge