UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS TAPIA and GABRIEL
MARTINEZ, *individually and on behalf
of all others similarly situated,*

                    Plaintiffs,

          -v.-

PESCE PASTA QUATTRO INC., and
JAMES MARCHIGNOLI, and
CHRISTOPHER MARCHIGNOLI,

                    Defendants.

18 Civ. 3865 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

By letter dated July 15, 2020 (Dkt. #60), the parties notified the Court

that they have reached a settlement in this case. Accordingly, the parties are

instructed to file their completed settlement agreement along with a joint letter

regarding the fairness of the settlement agreement on or before August 17,

2020, for this Court's review in accordance with the FLSA and Second Circuit

law, *see, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015).

SO ORDERED.

Dated:   July 16, 2020
         New York, New York

_____
     KATHERINE POLK FAILLA
     United States District Judge